UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>DAVELL RESHAUN SMITH,<br>    Defendant. | CRIMINAL NO. 5:15-48-KKC-1<br><br><br>**OPINION AND ORDER** |

*** *** ***

This matter is before the Court on a motion (DE 157) by defendant Davell Smith requesting a sentence reduction under Amendment 821 to the Sentencing Guidelines. The Court has reviewed the defendant's record to determine if he is eligible for relief under Amendment 821.

The amendment alters the application of the Guidelines with respect to certain offenders who (a) earned criminal history "status points" based on commission of an offense while serving a criminal justice sentence (Part A of Amendment 821), or (b) presented zero criminal history points at the time of sentencing (Part B, Subpart 1). In addition, the United States Sentencing Commission voted to give retroactive effect to these two changes.

The Court did not apply any status points against the defendant, and the defendant had criminal history points at the time of sentencing. Accordingly, the defendant would not be entitled to any relief under the amendment.

For all these reasons, the Court hereby ORDERS that Smith's request (DE 157) for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines is DENIED.

This 29th day of August, 2024.

                                              KAREN K. CALDWELL
                                              UNITED STATES DISTRICT JUDGE
                                              EASTERN DISTRICT OF KENTUCKY